AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| GODWIN AGBIM | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  8:20-cv-1920 JVS (DFMx) |
| ZIP CAPITAL GROUP, LLC | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ZIP CAPITAL GROUP, LLC
26 Executive Park, Suite 100
Irvine, California 92614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amy L. Bennecoff Ginsburg, Esquire
KIMMEL & SILVERMAN, P.C.
30 East Butler Pike
Ambler, PA 19002
(215)540-8888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   10/06/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 8:20-cv-1920 JVS (DFMx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ZIP CAPITAL GROUP, LLC
was received by me on *(date)* 10/20/2020 .

☒ I personally served the summons on the individual at *(place)*
26 Executive Park, Suite 100 Irvine, CA 92614  on *(date)* 10/20/20 at 12:40pm ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/04/2020

*Server's signature*

Richard Dewalt  Process Server  # 6056 Orange
*Printed name and title*

Calwide process service
2470 Streans St # 205 Simi Valley CA 93063
*Server's address*

Additional information regarding attempted service, etc:
Documents Served: Summons,Complaint, Civil cover Sheet,Certification Notice, ADR,Notice to Counsel.,and Notice of assignment