NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
David J. Kaminski (SBN 128509)
CARLSON & MESSER LLP
5901 West Century Boulevard Suite #1200
Los Angeles, CA 90045
Tel: (310) 242-2200
Email: kaminskid@cmtlaw.com

ATTORNEY(S) FOR: Zip Capital Group, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| GODWIN AGBIM | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:20-cv-01920-CJC-DFM |
| v. | |
| Zip Capital Group, LLC | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Defendant, Zip Capital Group, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Godwin Agbim | Plaintiff |
| Zip Capital Group, LLC. | Defendant |

2/22/2021
Date

/s/ David J. Kaminski
Signature

Attorney of record for (or name of party appearing in pro per):

Zip Capital Group, LLC

CV-30 (05/13)          NOTICE OF INTERESTED PARTIES