# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Godwin Agbim,** | ) Case No.: |
| Plaintiff. | ) 8:20-cv-01920-CJC-DFM |
| v. | ) |
| **Zip Capital Group, LLC** | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: July 21, 2021
By: */s/ Amy L. B. Ginsburg*
Amy L. B. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

**David J Kaminski**
Carlson and Messer LLP
5901 West Century Boulevard Suite 1200
Los Angeles, CA 90045
310-242-2200
Fax: 310-242-2222
Email: kaminskid@cmtlaw.com
Attorney for Defendant


Dated: July 21, 2021					By: */s/ Amy L. B. Ginsburg*
						Amy L. B. Ginsburg, Esquire
						Kimmel & Silverman, P.C.
						30 E. Butler Pike
						Ambler, PA 19002
						Phone: (215) 540-8888
						Fax: (877) 788-2864
						Email: aginsburg@creditlaw.com